

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 13, 2020

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: *1-14-2020*

Re:   *Lin Liu v. Pompeo, et al.*, No. 19 Civ. 10784 (JGK)

Dear Judge Koeltl:

This Office represents defendants (collectively, the "government") in the above referenced matter in which plaintiff requests injunctive and declaratory relief relating to a denied visa application.  The government writes, with the consent of plaintiff, to respectfully request a four-week extension of the deadline for the government to respond to the complaint, *i.e.*, from the current deadline of January 27, 2020 to February 24, 2020.  This is the government's first request for an extension of time to respond to the complaint.  The extension is necessary because the government needs additional time to consult with agency counsel regarding the facts and circumstances of this case and prepare its response, and in light of the undersigned's other case commitments.

The government also respectfully requests that, if the Court grants the requested extension, it adjourn the initial conference presently scheduled for February 3, 2020 at 4:30 p.m., to a date at least one week after February 24, 2020, and that the deadline for the parties to submit their joint report be similarly extended.  Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

*TIME TO RESPOND TO THE COMPLAINT EXTENDED TO FEBRUARY 24, 2020. CONFERENCE ADJOURNED TO TUESDAY, MARCH 10, 2020, AT 4:30PM.*
*SO ORDERED.*
*1/13/20*

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   ___*/s/ Rebecca R. Friedman*___
REBECCA R. FRIEDMAN
Assistant United States Attorney
Tel: (212) 637-2614
Fax: (212) 637-2686

cc: Counsel of Record (via ECF)