UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/20

LIN LIU,

                Plaintiff,

- against -

MICHAEL R. POMPEO, ET AL.,

                Defendants.

19-cv-10784 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant may file a motion to dismiss by **April 3, 2020**. The plaintiff may respond by **April 24, 2020**. The defendant may reply by **May 5, 2020**.

SO ORDERED.

Dated:    New York, New York
            March 10, 2020

                                      John G. Koeltl
                                  United States District Judge