**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIN LIU,

                Plaintiff,

    -against-                                19 **CIVIL** 10784 (JGK)

                                                          **JUDGMENT**

DANIEL B. SMITH, ET AL.,

                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 25, 2021, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit; the motion to dismiss is granted, and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
         January 26, 2021

                                                             **RUBY J. KRAJICK**
                                                             _____
                                                             Clerk of Court
                                       **BY:**
                                                              **Deputy Clerk**